## United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1268

_____

John Kemp MacInnis, Reg #08355-029

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: August 28, 2018
Filed: August 31, 2018
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Federal inmate John Kemp MacInnis appeals the district court's[1] adverse grant of summary judgment in his Federal Tort Claims Act (FTCA) lawsuit. Viewing the record in a light most favorable to MacInnis, and drawing all reasonable inferences in his favor, see Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review), we conclude that summary judgment was properly granted to the United States of America based on MacInnis's failure to provide medical expert testimony in support of his claim of medical negligence, as required by Ark. Code Ann. § 16-114-206(a). See Day v. United States, 865 F.3d 1082, 1086 (8th Cir. 2017) (to bring FTCA claim, controlling law is that of state where act or omission occurred; discussing requirements of § 16-114-206(a) in medical malpractice case arising in Arkansas). The judgment is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.